UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Neang Leng</u>

        v.                Case No. 05-cv-331-PB

<u>United States of America</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 17, 2005, no objection having been filed.

SO ORDERED.

January 3, 2006                /s/ Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

cc:    Neang Leng, Pro se